**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIAMARY REYES AYALA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-2574** |
| | : | |
| **SPRING RIDGE LP, *et al.*,** | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this 14th day of August 2026, upon consideration of Plaintiff Diamary Reyes Ayala's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Ayala's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. All federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

   b. All claims raised under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, so Ayala can file these claims in the appropriate state court if she chooses to do so. The Court expresses no opinion on the merits of any state law claims.

   c. All claims raised on behalf of Ayala's daughter are **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT**

/s/ Catherine Henry

**CATHERINE HENRY, J.**